

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2020

No. 04-19-00868-CV

Sam **YOUNGBLOOD;** Daniel P. Diepenhorst; Citrus Holdings, LLC; John William Hayes; Bob Warshawer; Jay McAnnelly; Ehrenberg Chesler Capital Partners, LLC; Ernest T. Wakabayashi, Individually and as Trustee of The Wakabayashi Trust; Gil Hodge; Patricia Hodge; Carter Speer; and Kai Wakabayashi (Cross-Appellee),
Appellants

v.

Phil **ZACCARIA** and Pioneer C-Stores Management, Inc. (Cross-Appellant),
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI19312
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

The Unopposed Motion for Extension of Time to File Reply Brief of Appellants and response brief of cross-Appellees is hereby GRANTED. Time is extended to March 30, 2020.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of March, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court